**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NBA PROPERTIES, INC., MLB ADVANCED MEDIA, L.P., MAJOR LEAGUE BASEBALL PROPERTIES, INC., NHL ENTERPRISES, L.P., NFL PROPERTIES LLC, COLLEGIATE LICENSING COMPANY, LLC, and BOARD OF TRUSTEES OF MICHIGAN STATE UNIVERSITY, | Case No. 21-cv-05520 <br><br> **Judge Joan B. Gottschall** <br><br> **Magistrate Judge David Weisman** |
| Plaintiffs, | |
| v. | |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," | |
| Defendants. | |

**PLAINTIFFS' RESPONSE REGARDING**
**NON-PARTY EBAY INC.'S OBJECTIONS [37]**

Plaintiffs NBA Properties, Inc. ("NBAP"), MLB Advanced Media, L.P. ("MLBAM"), Major League Baseball Properties, Inc. ("MLBP"), NHL Enterprises, L.P. ("NHLE"), NFL Properties LLC ("NFLP"), Collegiate Licensing Company, LLC, formerly IMG College Licensing, LLC ("CLC"), and Board of Trustees of Michigan State University ("MSU"), collectively "Plaintiffs," file the following response regarding Non-Party eBay Inc.'s ("eBay") Objections [37].

Contrary to the assertions in eBay's Objections, Plaintiffs are not seeking a finding that eBay is in active concert or participation with the Defendants because this Court has the authority to order eBay to restrain funds in Defendants' accounts without such a finding. *See United States v. Mercy Reg'l Health Sys.*, 2008 U.S. Dist. LEXIS 19362, at *11 (S.D. Ill Mar. 13, 2008) ("However, it is clearly within the Court's power to restrain Defendants' brokers,

employees, and agents. Of course, it would be improvident for a financial institution to permit a restrained defendant from accessing accounts it holds in his/their name"). eBay's contractual relationship with the Defendants (to provide a functioning e-commerce platform, collect and distribute payments, etc.) makes it an agent of the Defendants for the purposes of Fed. R. Civ. P. 65. *Kawada Co., Ltd. v. The Individuals, et al*., No. 19-cv-6838 (N.D. Ill. December 18, 2019) (Docket No. 65) (denying objection to the scope of a similar proposed injunction by a third party provider). eBay confirms that it is providing services for the Defendants. [37] at p. 5. Plaintiffs also disagree with eBay's objection that the proposed Temporary Restraining Order is overbroad. In fact, the proposed Temporary Restraining Order is narrowly tailored because it only includes provisions prohibiting Defendants from selling counterfeit products and pertaining to an asset restraint, and Defendants' e-commerce stores can continue to operate and sell non-infringing products. *See Peanuts Worldwide LLC v. The Partnerships, et al*., No. 21-cv-04498 (N.D. Ill. Aug. 24, 2021) (Docket Entry Nos. 32, 36, 38, 41).

Nevertheless, the Declaration of Larry Taylor [37-1] represents that of the thirty (30) eBay sellers listed in Schedule A, twenty-four (24) of the sellers have already been suspended without any assets. [37-1] at ¶ 27. Only five (5) of the remaining accounts use eBay's payment system and eBay represents that these sellers have low amounts of gross merchandise value (GMV) relating to Plaintiffs. *Id*. at ¶¶ 27, 29.

To facilitate entry of the TRO ahead of the peak holiday shopping season and because eBay has represented that nearly all of the eBay sellers in this case are already suspended from selling products, Plaintiffs are filing an Amended Complaint as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1) to remove the eBay sellers from the case. Plaintiff is also submitting a

revised proposed Temporary Restraining Order with the revised Schedule A without any eBay stores. There are no other changes to the proposed TRO.

Dated this 8th day of November 2021.     Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Jake M. Christensen
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
jchristensen@gbc.law

*Attorneys for Plaintiffs*
*NBA Properties, Inc., MLB Advanced Media, L.P.,*
*Major League Baseball Properties, Inc., NHL*
*Enterprises, L.P., NFL Properties LLC, Collegiate*
*Licensing Company, LLC and Board of Trustees of*
*Michigan State University*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 8th day of November 2021, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a "Notice of Electronic Filing" to the attorneys of record in this case.

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Jake M. Christensen
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
jchristensen@gbc.law

*Attorneys for Plaintiffs*
*NBA Properties, Inc., MLB Advanced Media, L.P.,*
*Major League Baseball Properties, Inc., NHL*
*Enterprises, L.P., NFL Properties LLC, Collegiate*
*Licensing Company, LLC and Board of Trustees of*
*Michigan State University*

4