Exhibit 1

**NBA Properties, Inc., et al. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 21-cv-05520**

# Schedule A

| | Defendant Online Marketplaces | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | ywjinglan.en.alibaba.com | Yiwu Jing Lan Art & Crafts Co., Ltd. |
| 2 | aliexpress.com/store/912169064 | Cotton T-shirts K Store |
| 3 | aliexpress.com/store/910967004 | Depicting Life Store |
| 4 | aliexpress.com/store/911836034 | Lita Store |
| 5 | aliexpress.com/store/912026121 | Looking into the distance Store |
| 6 | aliexpress.com/store/912021316 | shop963200001 Store |
| 7 | aliexpress.com/store/910356341 | TINNY Store |
| 8 | amazon.com/sp?seller=A1LISCY5C7YR1N | Huzhou Zhili Shengqi Clothing Co., Ltd |
| 9 | amazon.com/sp?seller=A3JTM30QAXQSOR | Jin Goding |
| 10 | amazon.com/sp?seller=A1XW4A7CKGTU51 | PPHFGEIR |
| 11 | amazon.com/sp?seller=A44UEZHDAANOZ | yyileg |
| 12 | amazon.com/sp?seller=A2RLEY9ULC27MY | ZoumRaz |
| 13 | amazon.com/sp?seller=A19UTM8H5F517O | LiYa LanCo |
| 14 | amazon.com/sp?seller=A3GFG8BQHYNEZ6 | Luck Sent Out |
| 15 | amazon.com/sp?seller=A15529WXAZKBR3 | shanghaiyiheshiyeyouxiangongsi |
| 16 | amazon.com/sp?seller=A3ZM6N645B7GX | Yao Cai |
| 17 | amazon.com/sp?seller=A1W1JD77YB1WOJ | HAPPINESS-STORE |
| 18 | amazon.com/sp?seller=A3GWNGL2EPUJ7E | Jung Cheng |
| 19 | amazon.com/sp?seller=A2V2R0HLWBY4L6 | KIDS hoodies store |
| 20 | amazon.com/sp?seller=A1V38XVB7CCO69 | Kajinme |
| 21 | amazon.com/sp?seller=A1TX4L9AM838M1 | JJXXFFDD |
| 22 | amazon.com/sp?seller=A2R9P5CZVYYNSP | Hui H Walton |
| 23 | amazon.com/sp?seller=AP3V071RL8SI6 | Jack E Dardar |
| 24 | amazon.com/sp?seller=A3RZ2KG9V4ETNK | Kimberly J Balentine |
| 25 | amazon.com/sp?seller=A2YA5WGCD4AU8F | Shangdezhinengchuyeguangdong youxiangongsi |
| 26 | amazon.com/sp?seller=A228T7WR07CFQZ | HappyHrss |
| 27 | amazon.com/sp?seller=A2DPLL9RKG9S5A | Harold C Douglas |

| | | |
|---|---|---|
| 28 | amazon.com/sp?seller=A3V2FO741391TV | hengge |
| 29 | amazon.com/sp?seller=A2SOCW57P7CXS4 | Hortonub |
| 30 | amazon.com/sp?seller=AWYC2QMVEW56H | Jameshgcsgh |
| 31 | amazon.com/sp?seller=A206AGKGKJ9OCY | Jenning CA |
| 32 | amazon.com/sp?seller=AFFPSLJ7CTQJA | JianNingXianYuePingYuePingWangDian |
| 33 | amazon.com/sp?seller=A355N5K43UDC34 | VZimmerman |
| 34 | amazon.com/sp?seller=AZDNAABRJWE2J | XinDe |
| 35 | amazon.com/sp?seller=A3K4BZVBALWEE0 | YIWNG |
| 36 | amazon.com/sp?seller=A24NLBSSV5XQ5B | ZhangGuoEnShop |
| 37 | amazon.com/sp?seller=A1I9TG58A36IKM | HarveWells |
| 38 | amazon.com/sp?seller=A197FJH1E2DH2J | Huai Hua Shi Chong Guang Shang Mao Co., Ltd |
| 39 | amazon.com/sp?seller=A2UP4MEZZOTTCA | Marjorie G store |
| 40 | amazon.com/sp?seller=A16T6OJ9UTLKG9 | Rosemary Me |
| 41 | amazon.com/sp?seller=A9GWCGNNQNFH0 | ShuLinNing |
| 42 | amazon.com/sp?seller=AESZFL1OVR1KH | Wang Qingzhou |
| 43 | amazon.com/sp?seller=A1F0Z2Y716PXPD | xinwuquzhanglinfangmuyingdian |
| 44 | amazon.com/sp?seller=AL8MDBWY1Q480 | Jimmy N Metcalf |
| 45 | amazon.com/sp?seller=APWSOX7LP3IMS | Lillian J Sparks |
| 46 | amazon.com/sp?seller=A24TO5Q5L1ZWVZ | RAINBOW3 |
| 47 | amazon.com/sp?seller=A13ATAMTUUE6B3 | zheng1236 |
| 48 | amazon.com/sp?seller=A3AIJLMEODA0H2 | ZHUZHENKE |
| 49 | amazon.com/sp?seller=A2Q5JHQHI9K1J8 | YuYangQuXing |
| 50 | amazon.com/sp?seller=A2TRPBJUHPIB0A | SunKaiKai |
| 51 | amazon.com/sp?seller=A2D3XQ4JMVQMY1 | jiyuanshijingrongbaihuodian |
| 52 | amazon.com/sp?seller=A20NJ3UYGD6LF | JOROSEEShirley |
| 53 | amazon.com/sp?seller=ALYIPGIE11SMJ | leiyaocun |
| 54 | amazon.com/sp?seller=A65196ERRH2B9 | Weifuxing |
| 55 | amazon.com/sp?seller=A2QQ2VZWTSQTMO | YIRONG67JUE |
| 56 | amazon.com/sp?seller=A3105TUU421U8D | Yunnan Ainu |
| 57 | amazon.com/sp?seller=A26VECYDB1DH70 | HEBAODAN |
| 58 | amazon.com/sp?seller=A1MDHIV38QSC29 | JiaoZuoShangBainShangMao YouXianGongSi |
| 59 | amazon.com/sp?seller=AI1TNIPKPDCL6 | KTDEBksWNCV |
| 60 | amazon.com/sp?seller=A2GFCMI6BPYP8J | Yunjutire |
| 61 | amazon.com/sp?seller=A3J673P3S430EC | Anna W Graff |
| 62 | amazon.com/sp?seller=A23USZ4R4TS18L | CC-JUN |

| | | |
|---|---|---|
| 63 | amazon.com/sp?seller=A3BLQ3MNRKSSHE | ZLJUN |
| 64 | amazon.com/sp?seller=AA911ZYWQV173 | Sandra D Marshall |
| 65 | amazon.com/sp?seller=A2LLIN1B89DJYV | Shenglian Labor Trade |
| 66 | amazon.com/sp?seller=AA2S4VEK8IH3R | QUNZI |
| 67 | amazon.com/sp?seller=A1EX8EYRK046MW | Edward J Navarro |
| 68 | amazon.com/sp?seller=A2H98Z4DEYKO3I | Jennifer A Jerry |
| 69 | amazon.com/sp?seller=A1PXPDB90EC01O | BB CANDY |
| 70 | amazon.com/sp?seller=A246MGVCI9DB4I | FLYTOTHESKY |
| 71 | amazon.com/sp?seller=A258BQT81E9Q0D | Trojanhorse |
| 72 | amazon.com/sp?seller=A309W3CPS76XA5 | Stockdale1 |
| 73 | amazon.com/sp?seller=A35MZK5GB93647 | Littlearth1 |
| 74 | amazon.com/sp?seller=A974HADW1A0LH | rfioesf |
| 75 | amazon.com/sp?seller=A2F62OPS3W5AFV | WhislerAA |
| 76 | amazon.com/sp?seller=A2077306760IZ4 | Anckell |
| 77 | amazon.com/sp?seller=ABWNB0KLLIC2C | guoleguoxiang |
| 78 | amazon.com/sp?seller=A3GY8H1D3IDM86 | yuqo |
| 79 | amazon.com/sp?seller=AVWD1OXAPN3LR | fa mi ling |
| 80 | amazon.com/sp?seller=A1OFC9CQT4LPOC | NDSJNGJ |
| 81 | amazon.com/sp?seller=A282WFSM064B5Q | DaLianYaHuaDaLianYaHua |
| 82 | amazon.com/sp?seller=A14XQR8WV3XN9A | LIUALIU |
| 83 | amazon.com/sp?seller=A2FTQFFE3VDQYM | BionZax |
| 84 | amazon.com/sp?seller=A16Z301MS3ABKC | GUYUEHU |
| 85 | amazon.com/sp?seller=A2Z6PZ1UDBG6GI | enshishimiaobapingshangmaoyouxian |
| 86 | amazon.com/sp?seller=A3L7WEKARKRLKE | LasfWXhkjuihuwasjarsd |
| 87 | amazon.com/sp?seller=A1IQCTH7OCGFL6 | Arlen Loumore |
| 88 | amazon.com/sp?seller=A1B9YEVS3JE3YZ | GUANG JIDIAN |
| 89 | amazon.com/sp?seller=A1V19D6FHN9UIO | Jilinshengguoxuebaihuojing xiaoyouxiangongsi |
| 90 | amazon.com/sp?seller=A1BV4JQ345YU6Z | KK Fashion Sports Store |
| 91 | amazon.com/sp?seller=A3U1R7PHVPGL3E | Lablege |
| 92 | amazon.com/sp?seller=A26CD5YG69KHJV | Qduoduo |
| 93 | amazon.com/sp?seller=A3PC4CLOW8KI08 | Quan Digital Products |
| 94 | amazon.com/sp?seller=A3QRJHT0J0IJZJ | tege painting art |
| 95 | amazon.com/sp?seller=A3QKT3P4F097XA | TTKOLA ART |
| 96 | amazon.com/sp?seller=A2MSM8K503EEMT | VFLSG SPORT |
| 97 | amazon.com/sp?seller=A7FMHPYNM215Z | YANGSUNQ |
| 98 | amazon.com/sp?seller=ACZDGPCGTFT0 | yingxing art |

| 99 | amazon.com/sp?seller=AWJQD1GYRL5DQ | ZHUGANGQIANG1 |
| 100 | amazon.com/sp?seller=A1O4SOB7W705FP | ZY ART |
| 101 | amazon.com/sp?seller=A3VQ0PZ03IERN4 | zhigaoyishu |
| 102 | amazon.com/sp?seller=AX46AGAPYJIFF | AX46AGAPYJIFF |
| 103 | amazon.com/sp?seller=A2QOGZY8XFDSP | GAOCONG |
| 104 | amazon.com/sp?seller=A2MPSUPE3EVKSV | HomeTow |
| 105 | amazon.com/sp?seller=A1E80X2I1LYMHQ | Pingaishanghaishangwuzixunyouxiangongsi |
| 106 | wish.com/merchant/5f74e68a09237c2d39ba7353 | rossma |
| 107 | wish.com/merchant/5fb3df0de2888fb8c746bfda | PtGjyHApY2b |
| 108 | wish.com/merchant/5f5607dba94e3eae400ef28a | Rachel Martinez |
| 109 | wish.com/merchant/5e665b9729e786026705c942 | shamsunn6353 |
| 110 | turtlestore.online | turtlestore.online |
| 111 | surman.store | surman.store |
| 112 | xikoostore.com | xikoostore.com |

| Defendant Domain Names | | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | 123jersey.com | 123jersey.com |
| 2 | 1stopsaigon.com | 1stopsaigon.com |
| 3 | 2021nhljerseyforsale.com | 2021nhljerseyforsale.com |
| 4 | 2021nhljerseyonline.com | 2021nhljerseyonline.com |
| 5 | 2021nhljerseyonlinesale.com | 2021nhljerseyonlinesale.com |
| 6 | 2021nhljerseyonsale.com | 2021nhljerseyonsale.com |
| 7 | adaptive-skiing.org | adaptive-skiing.org |
| 8 | anchorbaptistoxford.com | anchorbaptistoxford.com |
| 9 | bestfanaticjerseys.com | bestfanaticjerseys.com |
| 10 | bestfanaticjerseys.org | bestfanaticjerseys.org |
| 11 | bestfansjerseys.com | bestfansjerseys.com |
| 12 | bigcse.online | bigcse.online |
| 13 | boroleague.com | boroleague.com |
| 14 | bruinsuniformstore.com | bruinsuniformstore.com |
| 15 | buytopjersey.com | buytopjersey.com |
| 16 | camping-du-plein-air.com | camping-du-plein-air.com |
| 17 | chaledomilagro.com | chaledomilagro.com |

| 18 | cheapfactoryjersey.com | cheapfactoryjersey.com |
|---|---|---|
| 19 | cheapjerseys.vip | cheapjerseys.vip |
| 20 | cjc-bretagne.com | cjc-bretagne.com |
| 21 | clerkenwellgalleryhire.com | clerkenwellgalleryhire.com |
| 22 | cruzsportsinc.com | cruzsportsinc.com |
| 23 | detroittigersstore.com | detroittigersstore.com |
| 24 | fansfanaticjerseys.com | fansfanaticjerseys.com |
| 25 | fansjerseysapparel.com | fansjerseysapparel.com |
| 26 | fansjerseyssale.com | fansjerseyssale.com |
| 27 | flowingchidojo.com | flowingchidojo.com |
| 28 | gearsonlinestore.com | gearsonlinestore.com |
| 29 | gearweal.com | gearweal.com |
| 30 | gerlal.com | gerlal.com |
| 31 | glennlafantasie.com | glennlafantasie.com |
| 32 | googlejerseys.live | googlejerseys.live |
| 33 | hotelmarinapattaya.com | hotelmarinapattaya.com |
| 34 | indiansmlbshop.com | indiansmlbshop.com |
| 35 | insistfit.com | insistfit.com |
| 36 | ironworkers45.org | ironworkers45.org |
| 37 | jerseyalbum.com | jerseyalbum.com |
| 38 | jerseyshop.top | jerseyshop.top |
| 39 | jerseyz4dayz.com | jerseyz4dayz.com |
| 40 | ketcauxaydung.org | ketcauxaydung.org |
| 41 | krisjonesart.com | krisjonesart.com |
| 42 | linajerseyvip.net | linajerseyvip.net |
| 43 | luckjerseyshop.com | luckjerseyshop.com |
| 44 | luckyjerseys.ren | luckyjerseys.ren |
| 45 | luckyjerseys.run | luckyjerseys.run |
| 46 | maia-fine-art.com | maia-fine-art.com |
| 47 | mechealthcareonline.com | mechealthcareonline.com |
| 48 | meetmeintennessee.com | meetmeintennessee.com |
| 49 | metalurgicacolla.com | metalurgicacolla.com |
| 50 | midatlanticstage.com | midatlanticstage.com |
| 51 | miketrappsnowboarding.com | miketrappsnowboarding.com |
| 52 | mlbjerseys2020.com | mlbjerseys2020.com |
| 53 | mlbonline.net | mlbonline.net |
| 54 | mlbshopjersey.net | mlbshopjersey.net |

| | | |
|---|---|---|
| 55 | mlbvipstore.com | mlbvipstore.com |
| 56 | napsync.com | napsync.com |
| 57 | naturistas-osiris.org | naturistas-osiris.org |
| 58 | nbaclothesstore.com | nbaclothesstore.com |
| 59 | nbajerseyswholesalecheap.us.com | nbajerseyswholesalecheap.us.com |
| 60 | ncaafootball.biz | ncaafootball.biz |
| 61 | newfashionjersey.com | newfashionjersey.com |
| 62 | nflshopofficial.org | nflshopofficial.org |
| 63 | nhlfanjerseys.store | nhlfanjerseys.store |
| 64 | nhljerseyonline.shop | nhljerseyonline.shop |
| 65 | nhljerseyonlineoutlet2021.com | nhljerseyonlineoutlet2021.com |
| 66 | nhljerseysfans2021.com | nhljerseysfans2021.com |
| 67 | nhljerseysforsale2021.com | nhljerseysforsale2021.com |
| 68 | nhljerseysonlineoutlet2021.com | nhljerseysonlineoutlet2021.com |
| 69 | nhljerseysonlinesale2021.com | nhljerseysonlinesale2021.com |
| 70 | nhljerseysonlinestore2021.com | nhljerseysonlinestore2021.com |
| 71 | nhljerseysonsale2021.com | nhljerseysonsale2021.com |
| 72 | nhlstanding.com | nhlstanding.com |
| 73 | nyslandsummit.org | nyslandsummit.org |
| 74 | ography2.com | ography2.com |
| 75 | onlinejerseysale.com | onlinejerseysale.com |
| 76 | ontario-tourist.com | ontario-tourist.com |
| 77 | ostustore.com | ostustore.com |
| 78 | outdoorswallpaper.com | outdoorswallpaper.com |
| 79 | outletjersey.com | outletjersey.com |
| 80 | outletjerseyfactory.com | outletjerseyfactory.com |
| 81 | outletjerseymall.com | outletjerseymall.com |
| 82 | pas-paysdaix.org | pas-paysdaix.org |
| 83 | pirnaurban.com | pirnaurban.com |
| 84 | polot.info | polot.info |
| 85 | progearsfan.com | progearsfan.com |
| 86 | promanutentionservices.com | promanutentionservices.com |
| 87 | promotorasantamarta.com | promotorasantamarta.com |
| 88 | renewey.com | renewey.com |
| 89 | salemarketjerseys.com | salemarketjerseys.com |
| 90 | sheilajonesphotography.com | sheilajonesphotography.com |
| 91 | shootjerseys.club | shootjerseys.club |

| | | |
|---|---|---|
| 92 | sis-stone.com | sis-stone.com |
| 93 | spartansteamstore.com | spartansteamstore.com |
| 94 | sportgearsonline.com | sportgearsonline.com |
| 95 | stitchedjerseyshop.com | stitchedjerseyshop.com |
| 96 | storeteamcanadiens.com | storeteamcanadiens.com |
| 97 | tazthecat.net | tazthecat.net |
| 98 | teamsportgears.com | teamsportgears.com |
| 99 | theloggersdaughter.com | theloggersdaughter.com |
| 100 | tollandcountyart.org | tollandcountyart.org |
| 101 | tonjerseys.com | tonjerseys.com |
| 102 | topfactorygears.com | topfactorygears.com |
| 103 | topfanatic.net | topfanatic.net |
| 104 | toptrendjerseys.com | toptrendjerseys.com |
| 105 | truthshallsetufree.com | truthshallsetufree.com |
| 106 | underjerseysnacy.net | underjerseysnacy.net |
| 107 | vikingjersey.store | vikingjersey.store |
| 108 | villas-online-portugal.com | villas-online-portugal.com |
| 109 | wedding-live.info | wedding-live.info |
| 110 | weehawkenwaterfront.com | weehawkenwaterfront.com |
| 111 | wiolawa.com | wiolawa.com |