**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NBA PROPERTIES, INC., MLB ADVANCED MEDIA, L.P., MAJOR LEAGUE BASEBALL PROPERTIES, INC., NHL ENTERPRISES, L.P., NFL PROPERTIES LLC, COLLEGIATE LICENSING COMPANY, LLC, and BOARD OF TRUSTEES OF MICHIGAN STATE UNIVERSITY, | Case No. 21-cv-05520 <br><br> **Judge Joan B. Gottschall** <br><br> **Magistrate Judge David Weisman** |

                                   Plaintiffs,

v.

YIWU JING LAN ART & CRAFTS CO., LTD., et al.,

                                   Defendants.

## FINAL JUDGMENT ORDER

    This action having been commenced by Plaintiffs NBA Properties, Inc. ("NBAP"), MLB

Advanced Media, L.P. ("MLBAM"), Major League Baseball Properties, Inc. ("MLBP"), NHL

Enterprises, L.P. ("NHLE"), NFL Properties LLC ("NFLP"), Collegiate Licensing Company,

LLC, formerly IMG College Licensing, LLC ("CLC"), and Board of Trustees of Michigan State

University ("MSU") (collectively, "Plaintiffs") against the fully interactive, e-commerce stores[1]

operating under the seller aliases identified on Schedule A to the Amended Complaint and attached

hereto (collectively, the "Seller Aliases"), and Plaintiffs having moved for entry of Default and

Default Judgment against the Seller Aliases identified on Schedule A attached hereto, with the

exception of Defendant ZY ART (collectively, the "Defaulting Defendants");

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces and Domain Names.

This Court having entered upon a showing by Plaintiffs, a temporary restraining order and preliminary injunction against Defaulting Defendants which included a domain name transfer order and asset restraining order;

Plaintiffs having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Amended Complaint or otherwise plead, and the time for answering the Amended Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and have sold products using infringing and counterfeit versions of Plaintiffs' federally registered trademarks ("Plaintiffs' Trademarks") to residents of Illinois. A list of Plaintiffs' Trademarks is included in the chart below.

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 1,833,902 | NBA | For: clothing, namely, hosiery, footwear, sweat shirts, sweatpants, pants, tank tops, jerseys, shorts, pajamas, sport shirts, rugby shirts, belts, ties, nightshirts, hats, warm-up suits, jackets, parkas, coats, cloth bibs, head bands and wrist bands in class 025. |

| | | |
|---|---|---|
| 2,183,983 | NATIONAL BASKETBALL ASSOCIATION | For: clothing, namely, hosiery, footwear, t-shirts, sweat shirts, sweatpants, pants, tank tops, jerseys, shorts, pajamas, sport shirts, rugby shirts, sweaters, belts, ties, nightshirts, hats, warm-up suits, jackets, parkas, coats, cloth bibs, head bands, wrist bands, aprons, boxer shorts, slacks, caps, ear muffs and gloves in class 025. |
| 1,525,782 |  | For: hosiery, footwear, t-shirts, sweat shirts, tank tops, pajamas, sport shirts, belts, nightshirts, stocking caps, warm-up or jogging suits, jackets, bibs, head bands and wrist bands in class 025.<br><br>For: entertainment services, namely, organizing and conducting basketball exhibitions in class 041. |
| 1,715,549 |  | For: jewelry; namely, wrist watches, pins, earrings, necklaces, rings, cuff links and belt buckles in class 014. |
| 1,966,924 |  | For: clothing, namely hosiery, footwear, t-shirts, sweat shirts, sweatpants, pants, tank tops, jerseys, shorts, pajamas, sport shirts, rugby shirts, sweaters, belts, ties, nightshirts, hats, warm-up suits, jackets, parkas, coats, cloth bibs, head bands, wrist bands, aprons, boxer shorts, slacks, caps, ear muffs, and gloves in class 025. |
| 2,157,039 |  | For: clothing, namely, hosiery, footwear, sweat shirts, sweatpants, pants, tank tops, jersey, shorts, pajamas, sport shirts, rugby shirts, sweaters, belts, ties, nightshirts, warm-up suits, parkas, coats, cloth bibs, head bands and wrist bands in class 025. |
| 2,079,493 |  | For: clothing, namely, hosiery, footwear, sweat shirts, sweatpants, pants, tank tops, jerseys, shorts, pajamas, sport shirts, rugby shirts, sweaters, belts, ties, nightshirts, warm-up suits, parkas, coats, cloth bibs, head bands and wrist bands in class 025. |

| | | |
|---|---|---|
| 5,237,767 |  | For: Jewelry; costume jewelry; beaded jewelry; rubber or silicon wristbands in the nature of a bracelet, beaded necklaces; beads for use in the manufacture of jewelry; earrings, necklaces, rings, bracelets, cuff links, pendants, charms for collar jewelry and bracelets; clocks; watches; watch bands and watch straps, watch cases, watch fobs; jewelry boxes, tie clips; medallions; non-monetary coins of precious metal; precious metals; key chains of precious metal; key chains as jewelry; figures and figurines of precious metal; trophies of precious metals in class 014. |
| 1,620,020 | MAJOR LEAGUE BASEBALL | For: clothing, namely, shirts, shorts, dresses, socks, underwear, jackets, sweaters, pants, visors, caps, bibs, infantwear, namely, baby shorts sets, romper sets, baby pants, coveralls; outerwear, namely, uniforms and pullovers, ties, robes and loungewear, sweatshirts, knitted headwear, hosiery, wristbands, robes and shoes in class 025. |
| 2,779,958 | MLB | For: clothing, namely, caps, hats, visors, knitted headwear, headbands, shirts, t-shirts, tank tops, sweaters, turtlenecks, pullovers, vests, shorts, pants, dresses, baseball uniforms, jerseys, sweatshirts, sweatpants, underwear, boxer shorts, sleepwear, jackets, cloth bibs, infantwear, rompers, coveralls, creepers, baby booties, ties, wristbands, scarves, socks, hosiery in class 025. |
| 1,617,698 |  | For: clothing, namely, shirts, shorts, dresses, socks, underwear, jackets, sweaters, pants, visors, caps, bibs, infantwear, namely, baby shorts sets, romper sets, baby pants, coveralls; outerwear, namely, uniforms and pullovers, ties, robes and loungewear, sweatshirts, knitted headwear, hosiery, wristbands, robes, and shoes in class 025. |
| 2,569,970 |  | For: jewelry, namely, bracelets, charms, earrings, rings, necklaces, pendants, watches, costume jewelry, medallions, lapel pins, tie clips, tie fasteners, cuff links, belt buckles of precious metal, money clips of precious metal, clocks, non-monetary coins of precious metal in class 014. |

| | | |
|---|---|---|
| 2,573,503 |  | For: clothing, namely, caps, hats, visors, knitted headwear, shirts, t-shirts, tank tops, sweaters, turtlenecks, pullovers, vests, shorts, baseball uniforms, jerseys, warm-up suits, sweatshirts, sweatpants, underwear, boxer shorts, robes, sleepwear, jackets, cloth bibs, infantwear, infant diaper covers, cloth diaper sets with undershirt and diaper cover, rompers, coveralls, creepers, baby booties, ties, belts, wristbands, scarves, footwear, socks, slippers, aprons in class 025. |
| 3,410,585 | WORLD SERIES | For: Jewelry, namely, bracelets, earrings, pendants, watches, costume jewelry, rubber or silicone bracelets and wristbands in the nature of bracelets, medallions, ornamental metal pins, lapel pins, cuff links, money clips of precious metal, metal key chains of precious metal, metal key rings of precious metal, clocks, wall clocks, and non-monetary coins of precious metal in class 014. |
| 5,510,999 |  | For: Clothing, namely, headwear, shirts, sweatshirts, jackets, infant wear in class 025. |

| | | |
|---|---|---|
| 5,511,001 |  | For: trophies of common metal in class 006. |
| 5,511,002 |  | For: trophies of precious metal; ornamental pins; lapel pins; rings; bracelets; charms for jewelry; non-monetary coins; clocks; key chains; key rings in class 014. |
| 1,962,135 | NHL | For: clothing, namely, shirts, jerseys, sweaters, jackets, sweatshirts, t-shirts, pants, sweatpants, warm-up suits, wristbands, headbands, shorts, caps, hats, socks, nightshirts, scarves, mittens and cloth bibs in class 025. |
| 2,422,903 | STANLEY CUP | For: clothing, namely, caps, cloth bibs, hats, jackets, jerseys, shirts, shorts, sweaters, sweatpants, sweatshirts, t-shirts, ties, vests and warm-up suits in class 025. |
| 4,631,182 | NHL | For: items made of precious and non-precious metals, namely, commemorative coins, and medals; trophies and key chains made of precious metals; jewelry, charms, earrings, medallions, rings, necklaces, tie tacks, pins in the nature of jewelry; chronometric instruments in the nature of clocks and clocks in class 014. |

| | | |
|---|---|---|
| 4,767,415 | STANLEY CUP | For: precious metal trophies in class 014. |
| 1,678,612 |  | For: clothing and footwear; namely, jerseys, sweaters, jackets, sweatshirts, t-shirts, sweatpants, shirts, caps, hats in class 025. |
| 3,248,499 |  | For: clothing, namely, bandannas, beach cover-ups, belts, body suits, boxer shorts, caps, cloth bibs, coats, dresses, footwear, ear muffs, gloves, hats, headbands, hosiery, housecoats, jackets, jerseys, leggings, leotards, mittens, nightshirts, pajamas, pants, rain coats, rain wear, robes, scarves, shirts, shorts, skirts, socks, suits, sun visors, suspenders, sweaters, sweatpants, sweatshirts, swimsuits, swim trunks, t-shirts, ties, toques, underwear, vests, warm-up suits and wristbands in class 025. |
| 5,165,350 |  | For: items made of precious and non-precious metals, namely, commemorative coins, and medals; trophies and key chains made of precious metals; jewelry, charms, earrings, medallions, rings, necklaces, tie tacks, pins in the nature of jewelry; chronometric instruments in the nature of docks and clocks in class 014. |
| 2,395,418 |  | For: clothing, namely, caps, cloth bibs, hats, jackets, jerseys, shirts, shorts, sweaters, sweatpants, sweatshirts, t-shirts, ties, vests and warm-up suits in class 025. |
| 4,677,429 |  | For: Items made of precious and non-precious metals, namely, commemorative coins, and medals; key chains made of precious metals; jewelry, charms, earrings, medallions, rings, necklaces, tie tacks, pins in the nature of jewelry; chronometric instruments in the nature of docks and clocks in class 014. |
| 1,076,139 | NATIONAL FOOTBALL LEAGUE | For: promoting the interests of member football clubs, scheduling games, and promoting interest in football in class 041. |

| | | | |
|---|---|---|---|
| 2,919,270 | | NFL | For: toys and sporting goods, namely, plush toys, stuffed animals, play figures, golf balls, golf bags, golf clubs, golf club covers, bowling balls, bowling bags, footballs, toy banks, hand held unit for playing electronic games; hand held unit for playing video games; board games relating to football, checker sets, chess sets, dominoes, Christmas tree ornaments, balloons, jigsaw puzzles, windsocks, kites, toy trucks, football shoulder pads, elbow, hand and knee pads, all for athletic use; billiard game playing equipment, exercise equipment, namely, chest protectors for sports, dart boards and dart board cases, volleyball equipment, namely, volleyballs fishing equipment, namely, fishing lures and fishing rods, handle grips for sporting equipment, athletic equipment, namely, personal floor mats, mouth guards, athletic sports wraps and athletic tape, snow sleds for recreation use, swim boards for recreation use, toy vehicles, toy model train sets, yo-yos in class 028. |
| 3,394,343 | | NFL | For: Football helmets, cell phone covers, magnetic coded charge cards, decorative magnets, prerecorded DVDs featuring the sport of football, computer game software and disks, computer mouse pads, sunglasses in class 009.<br><br>For: Jewelry, pins, bracelets, charms, rings, collectible coins, commemorative coins, coins of precious metal, pendants and key chains made of precious metal in class 014.<br><br>For: Posters, calendars, trading cards, series of books relating to football, notepads, stickers, printed tickets to sports games and events; note paper, pictorial prints, picture postcards, art pictures, paper gift bags, paper decorations; collectible cards; collectible card and memorabilia holders; souvenir programs for sports events in class 016.<br><br>For: Men's, women's and children's clothing, namely, fleece tops and bottoms, headwear, caps, knit hats, t-shirts, shirts, turtlenecks, sweatshirts, shorts, tank tops, pants, jackets, golf shirts, knit |

| | | | shirts, jerseys, gloves, ties, cloth bibs; night shirts and pajamas; underwear, socks; towels in class 025.

For: Television broadcasting services; television transmission services; cable television broadcasting; radio broadcasting; broadcasting programming on the Internet; information transmission via electronic communications networks; transmission of information through video communication systems; communication services, namely, audio and video broadcasting; broadcasting services and provision of telecommunication access to video and audio content provided via a video on demand; streaming of audio material on the Internet; streaming of video material and podcasts on the Internet; electronic delivery of images and photos via a global computer network; providing multiple-user access to a global computer information network for the purpose of participating in interactive polling in the field of football; wireless communications services, namely, transmission of text, graphics, data, and entertainment information to mobile phones; mobile media and entertainment services in the nature of electronic transmission of entertainment media content in class 038.

For: Education and entertainment services in the nature of professional football games and exhibitions; providing sports and entertainment information via a global computer network or a commercial on-line computer service or by cable, satellite, television and radio; arranging and conducting athletic competitions, namely, professional football games and exhibitions; football fan club services; entertainment services, namely, musical and dance performances provided during intervals at sports events; educational services, namely, physical education programs; production of radio and television programs; live shows featuring football games, exhibitions, competitions, and musical and dance performances; sporting and cultural activities; distribution of television programming to cable |
|---|---|---|---|

| | | |
|---|---|---|
| | | and satellite television systems; distribution of television programs for others in class 041. |
| 3,581,281 |  | For: Football helmets, cell phone covers, magnetic coded charge cards, decorative magnets, prerecorded compact discs, and DVDs featuring the sport of football, computer game software and disks, computer mouse pads, sunglasses, eyeglass cases, and CD storage cases in class 009.<br><br>For: Jewelry, clocks, pins, bracelets, necklaces, charms, rings, collectible coins, commemorative coins, non-monetary coins of precious metal, pendants and key chains made of precious metal in class 014.<br><br>For: Posters, calendars, trading cards, a series of books in the field of football, magazines in the field of football, notepads, stickers, bumper stickers, and greeting cards; printed tickets to sports games and events; note paper, pictorial prints, picture postcards, art pictures, stationery, stationery-type portfolios, wrapping paper, paper table cloths, paper napkins, paper gift bags, paper party decorations; printed collectible cards; collectible card and memorabilia holders; souvenir programs for sports events in class 016.<br><br>For: Towels in class 024.<br><br>For: Clothing, namely, fleece tops and bottoms, headwear, caps, knit hats, t-shirts, shirts, turtlenecks, sweatshirts, shorts, tank tops, sweaters, pants, jackets, golf shirts, knit shirts, jerseys, wristbands, warm up suits, gloves, ties, cloth bibs; sleepwear, namely, bathrobes, and pajamas; underwear, socks; footwear; sneakers in class 025.<br><br>For: Toys and sporting goods, namely, plush toys, stuffed animals, play figures, golf balls, golf bags, golf club covers, footballs, toy banks, board games relating to football, playing cards, Christmas tree ornaments, balloons, jigsaw puzzles, toy, toy cars and trucks, billiard balls, |

| | | |
|---|---|---|
| | | dart boards, playing cards, miniature helmets in class 028.<br><br>For: Association services, namely, promoting the interests of professional football clubs; promoting the interests of member football clubs; scheduling games for member teams; promoting public interest in football; association services, namely, providing a forum for member football clubs to showcase, display, demonstrate and promote ideas, products, and services in connection with football; promotion of sporting and cultural activities in class 035.<br><br>For Education and entertainment services in the nature of professional football games and exhibitions; providing sports and entertainment information via a global computer network or a commercial on-line computer service, or by cable, satellite, television or radio; arranging and conducting athletic competitions, namely, professional football games and exhibitions; football fan club services, namely, personal appearances by a costumed mascot for professional football teams; entertainment services, namely, live musical and dance performances provided during intervals at sports events; educational services, namely, conducting physical education programs; production of radio and television programs; presentation of live shows featuring football games, exhibitions, competitions, and musical and dance performances; organization of sporting and cultural activities; entertainment services, namely, an on-going series featuring football provided through cable television, satellite television, and television and radio broadcasts in class 041. |
| 3,286,411 |  | For: Luggage, shoulder bags, beach bags, duffle bags, all purpose sports bags, sports equipment bags, school bags, tote bags, knapsacks, rucksacks, wallets, umbrellas, waist packs, leather key fobs, luggage tags in class 018. |

| | | |
|---|---|---|
| | | For: Textile goods, namely, cloth flags, curtains, quilts, towels, sheets, pillowcases, comforters, blankets, pillow shams, textile fabric for the manufacture of clothing, oven mitts, shower curtains, pot holders, textile wall hangings, fabric throws in class 024.<br><br>For: Marketing services, namely, promoting the goods and services of others by arranging for sponsors to affiliate their goods and services with various football personalities and/or the sport of football; dissemination of advertising for others via an on-line electronic communications network; promoting the sale of credit card accounts through the administration of incentive award programs; direct mail advertising for others in class 035. |
| 3,661,464 |  | For: Handbags, luggage, shoulder bags, beach bags, duffle bags, clutch bags, all purpose sport bags, bags for sports, school bags, tote bags, knapsacks, wallets, travel bags, backpacks, umbrellas and luggage tags in class 018. |
| 2,954,420 | SUPER BOWL | For: men's, women's and children's clothing, namely, fleece tops and bottoms, caps, headwear, T-shirts, sweatshirts, shorts, tank tops, sweaters, pants, jackets, turtlenecks, golf shirts, knit shirts, jerseys, wind resistant jackets, cloth bibs, sleepwear, namely, night shirts and pajamas, knit hats and caps, and scarves in class 025. |
| 3,138,590 | SUPER BOWL | For: Football helmets, cell phone covers, decorative magnets, prerecorded DVDs all featuring the sport of football, computer mouse pads in class 009.<br><br>For: Jewelry, watches, clocks, pins, earrings, necklaces, bracelets, belt buckles made primarily of precious metals, charms, money clips made primarily of precious metals, rings, collectible coins, commemorative coins in class 014.<br><br>For: Posters, trading cards, series of books relating to football, magazines relating to football, notepads, stickers, bumper stickers, |

| | | |
|---|---|---|
| | | printed tickets to sports games and events; pens note paper, pictorial prints, art pictures, paper table cloths, paper party invitations, paper decorations, collectible cards; collectible card and memorabilia holders, souvenir programs for sports events in class 016.<br><br>For: Toys and sporting goods, namely, plush toys, stuffed animals, play figures, golf balls, footballs, Christmas tree ornaments, balloons, jigsaw puzzles, miniature helmets in class 028. |
| 2,941,347 |  | For: men's, women's and children's clothing, namely, fleece tops, caps, headwear, T-shirts, sweatshirts, jackets, jerseys, wind resistant jackets, knit hats and caps in class 025. |
| 3,138,589 |  | For: Football helmets, decorative magnets, and DVDs featuring the sport of football, computer game software in class 009.<br><br>For: Jewelry, pins, collectible coins, commemorative coins in class 014.<br><br>For: trading cards, series of books relating to football, collectible cards; collectible card and memorabilia holders, souvenir programs for sports events in class 016.<br><br>For: footballs, Christmas tree ornaments in class 028. |
| 1,891,318 | THE COLLEGIATE LICENSING COMPANY | For:  business consultation in the field of trademark licensing management, market development in the field of trademark licensing programs and administration of trademark licensing for others in class 035. |
| 1,891,319 | CLC | For:  business consultation in the field of trademark licensing management, market development in the field of trademark licensing programs and administration of trademark licensing for others in class 035. |

| | | |
|---|---|---|
| 3,163,116 | COLLEGE VAULT | For: clothing, namely, sweatshirts, sweatpants, shirts, T-shirts, sweaters, hats, caps, jackets, coats, uniforms, jerseys, undergarments, scarves, ties, visors, shorts, rainwear, and gloves in class 025. |
| 1,578,038 |  | For: licensing services in the field of collegiate products and promotions for colleges, universities and post-season bowls in class 035. |
| 2,071,504 |  | For: licensing services in the field of collegiate products and promotions for colleges, universities and post-season bowls in class 035. |
| 3,221,094 |  | For: video game discs, and video game software, decorative magnets, computer mouse pads, neon signs, sunglasses in class 009.<br><br>For: jewelry including watches, clocks, charms, pendants, earrings, cuff links, powder compacts of precious metal, lapel pins, tie tacks and bars, medals, and commemorative coins in class 014.<br><br>For: paper and paper products, namely, spiral notebooks, pens, pencils, greeting cards, postcards, prints, letter openers, decals, bumper stickers, calendars, paper napkins, note pads, checkbook covers, bank checks, bookmarks, loose leaf binders, stationery-type portfolios, desk sets, book covers, bookends, trading cards, pen and pencil cases, paper weights, posters, and stickers in class 016.<br><br>For: luggage, namely, athletic bags, attache cases, backpacks, barrel bags, book bags, duffel bags, tote bags, garment bags for travel, wallets, |

billfolds, purses, briefcase-type portfolios, key cases, business and credit card cases, change purses, umbrellas, patio umbrellas, animal leashes and collars for pets in class 018.

For: furniture and plastics, namely, mirrors, picture frames, pillows, plaques, and wind chimes in class 020.

For: house wares and household goods, namely, non-metal piggy banks, wicker baskets, beer mugs, portable beverage coolers, drinking glasses, bottle openers, lunch boxes, soap dishes, ice buckets, coasters not of paper and not being table linen, coffee cups, plates, commemorative plates, paper plates, cookie jars, bowls, shot glasses, fitted picnic baskets, stained glass decorations, statues made of china, crystal, glass, or porcelain, and plastic cups in class 021.

For: textiles, namely, textile fabrics for home and commercial interiors, curtains, cloth pennants, cloth flags, bed blankets, throw blankets, bed sheets, pillow cases, bed spreads, pot holders, kitchen towels, oven mitts, bath towels, and washcloths in class 024.

For: apparel, namely, t-shirts, polo shirts, rugby tops, jerseys, turtlenecks, infant one piece outfits, pajamas, boxer shorts, nightshirts, tank tops, shorts, pants, jeans, socks, ties, scarves, shoes, slippers, sandals, nightgowns, sweatpants, sweatshirts, wristbands, head bands, hats, caps, visors, aprons, blazers, vests, jackets, raincoats, ponchos, leather coats, wind resistant jackets, warm up suits, athletic uniforms, bandanas, suspenders, cloth bibs, booties, bathing trunks, bikinis, gloves, mittens, bathing suits, bathing caps, and belts in class 025.

For: games and playthings, namely, stuffed toy animals, stuffed toys, balloons, board games, flying discs, dolls, toy vehicles, plush toys, toy banks, playing cards, bean bags, basketballs, footballs, miniature basketball hoop and backboard, golf balls, golf clubs, golf putters,

| | | |
|---|---|---|
| | | golf club covers, golf tees, golf gloves, basketball backboard, yo-yos, ornaments for the Christmas tree, snow globes in class 028. |
| 1,325,430 | MICHIGAN STATE | For: Metal License Plates and Frames for Motor Vehicles in class 006.<br><br>For: T-Shirts, Jerseys, Shorts, Jackets, Jogging Suits, Scarves, Gloves, Hats, Shoes, Baseball Hats, Sweaters, Hooded Jackets, Sweatshirts, Sweatbands, Children's Wear-Namely, Baby Bibs, Hosiery and Socks in class 025.<br><br>For: Stuffed Toys and Toy Animals, Footballs, Basketball Goal and Backboard, Sport Balls in class 028. |
| 1,326,001 |  | For: T-Shirts, Jerseys, Shorts, Jackets, Jogging Suits, Scarves, Gloves, Hats, Shoes, Baseball Hats, Sweaters, Hooded Jackets, Sweatshirts, Sweatbands, Children's Wear-Namely, Baby Bibs, Hosiery and Socks in class 025. |
| 1,344,639 | MICHIGAN STATE UNIVERSITY | For: T-Shirts, Jerseys, Shorts, Jackets, Jogging Suits, Scarves, Gloves, Hats, Shoes, Baseball Hats, Sweaters, Hooded Jackets, Sweatshirts, Sweatbands, Children's Wear-Namely, Baby Bibs, and Knitted Booties, Hosiery and Socks in class 025. |
| 1,345,570 |  | For: Metal key chains and rings and metal license plates in class 006.<br><br>For: Posters, paper napkins, paper tablecloths, bumper stickers, pens, calendars, notebooks, writing paper in class 016.<br><br>For: T-shirts, jerseys, shorts, jackets, jogging suits, scarves, gloves, hats, shoes, baseball hats, sweaters, hooded jackets, sweatshirts, sweatbands, baby bibs, knitted booties, and hosiery in class 025. |

| | | |
|---|---|---|
| | | For: Toy footballs, toy basketballs, stuffed animals, balls and equipment sold as a unit for playing a table basketball game in class 028.<br>For: Entertainment services, namely, conduction collegiate athletic exhibitions and games in class 041. |
| 1,348,875 |  | For: Ceramic plates, mugs, glass beverage ware om class 021.<br><br>For: Educational services, namely, conducting programs and classes at the undergraduate and graduate level in class 041. |
| 1,373,876 |  | For: Pennants and flags in class 024.<br><br>For: T-shirts, jerseys, shorts, jackets, scarves, gloves, hats, baseball hats, sweaters, sweatshirts, children's wear, namely baby bibs, and socks in class 025. |
| 1,470,709 | MICHIGAN STATE SPARTANS | For: T-shirts, jerseys, shorts, jackets, scarves, gloves, hats, baseball hats, sweaters, sweatshirts, children's wear, namely baby bibs, and socks in class 025. |
| 3,499,195 |  | For: Clothing, namely; shirts, t-shirts, jerseys, tank tops, sweatshirts, pants, sweatpants, shorts, jackets, vests, skirts, dresses, jumpers, rompers, bibs, pajamas, scrubs, socks, underwear, athletic uniforms, ponchos, wristbands, belts, neckwear, bandanas, scarves, gloves, mittens; headwear; footwear in class 025.<br><br>For: Educational services, namely, providing courses of instruction and continuing education at the college and graduate level and conducting summer camps and workshops for youth in the fields of athletics, music, and fine arts and crafts; entertainment services in the nature of collegiate sporting events and competitions and conducting music concerts and arts festivals in class 041. |

| | | |
|---|---|---|
| 3,508,753 |  | For: Clothing, namely, shirts, t-shirts, jerseys, tank tops, sweatshirts, pants, sweatpants, shorts, jackets, vests, skirts, dresses, jumpers, rompers, bibs, pajamas, scrubs, socks, underwear, athletic uniforms, belts, neckwear, bandanas, scarves, gloves, mittens; headwear; footwear in class 025.<br><br>For: Educational services, namely, providing courses of instruction and continuing education at the college and graduate level and conducting summer camps and workshops for youth in the fields of athletics, music, and fine arts and crafts; entertainment services in the nature of collegiate sporting events and competitions and conducting music concerts and arts festivals in class 041. |
| 3,510,691 |  | For: Clothing, namely, shirts, t-shirts, jerseys, tank tops, sweatshirts, pants, sweatpants, shorts, jackets, vests, skirts, dresses, jumpers, rompers, bibs, pajamas, scrubs, socks, underwear, athletic uniforms, belts, neckwear, bandanas, scarves, gloves, mittens; headwear; footwear in class 025.<br><br>For: Educational services, namely, providing courses of instruction and continuing education at the college and graduate level and conducting summer camps and workshops for youth in the fields of athletics, music, and fine arts and crafts; entertainment services in the nature of collegiate sporting events and competitions and conducting music concerts and arts festivals in class 041. |
| 4,662,048 | SPARTY | For: Children's books; bumper stickers; calendars; decals in class 016.<br><br>For: Clothing for adults and youths, namely, t-shirts, shirts, sweatshirts, and headwear, baby clothing, namely, t-shirts, shirts, sweatshirts, headwear and infant one-piece clothing in class 025.<br><br>For: Entertainment services in the nature of personal appearances by a costumed mascot character in class 041. |

| | | |
|---|---|---|
| 4,941,154 | GO GREEN GO WHITE | For: Dresses; Headwear; Scarves; Sweatshirts; T-shirts in class 025.<br><br>For: Educating at university or colleges; Education services in the nature of courses at the university level in class 041. |
| 5,253,964 | SPARTANS WILL. | For: Headwear; Sweatshirts; T-shirts; Tank tops; Hooded sweatshirts in class 025.<br><br>For: Educating at university or colleges; Education services in the nature of courses at the university level in class 041. |
| 5,340,796 |  | For: Dresses; Footwear; Headwear; Jackets; Jerseys; Leggings; Pants; Shirts; Shirts for infants, babies, toddlers and children; Shorts; Sweat pants; Sweaters; Swim suits; Athletic shirts; Hooded sweat shirts; Polo shirts; Sport shirts; Sweat shirts; T-shirts in class 025.<br><br>For: Educating at university or colleges; Education services in the nature of courses at the university level in class 041. |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114) and false designation of origin (15 U.S.C. § 1125(a)).

IT IS HEREBY ORDERED that Plaintiffs' Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

    a. using Plaintiffs' Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not Plaintiffs' genuine product or not authorized by Plaintiffs to be sold in connection with Plaintiffs' Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as Plaintiffs' genuine product or any other product produced by Plaintiffs, that is not Plaintiffs' or not produced under the authorization, control or supervision of Plaintiffs and approved by Plaintiffs for sale under Plaintiffs' Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Plaintiffs, or are sponsored by, approved by, or otherwise connected with Plaintiffs;

    d. further infringing Plaintiffs' Trademarks and damaging Plaintiffs' goodwill; and

    e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiffs, nor authorized by Plaintiffs to be sold or offered for sale, and which bear any of Plaintiffs' trademarks, including the Plaintiffs' Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. The domain name registries for the Domain Names, within ten (10) business days of receipt of this Order, shall, at Plaintiffs' choosing, either unlock and change the registrar of record for the Domain Names to a registrar of Plaintiffs' selection; or disable the Domain Names and make them inactive and untransferable until further ordered by this Court. GoDaddy Operating Company, LLC ("GoDaddy"), within ten (10) business days of receipt of this Order shall take any steps necessary to transfer the Domain Names to a registrar account of Plaintiffs' selection so that the Domain Names can be redirected or disabled.

3. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiffs are awarded statutory damages from each of the Defaulting Defendants in the amount of five hundred thousand dollars ($500,000) for willful use of counterfeit Plaintiffs' Trademarks in connection with the sale of products sold through at least the Seller Aliases. The five hundred thousand dollar ($500,000) award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in Schedule A.

4. Plaintiffs may serve this Order on AliExpress, Alibaba, Inc., Ant Financial Services Group ("Ant Financial"), and Alibaba Group Holding Ltd. (collectively, "AliExpress"), PayPal, Inc. ("PayPal"), Amazon.com, Inc. ("Amazon"), and ContextLogic Inc. d/b/a Wish.com ("Wish.com") (altogether, the "Third Party Providers"), by e-mail delivery to the e-mail addresses Plaintiffs used to serve the Temporary Restraining Order on the Third Party Providers.

5. The Third Party Providers holding funds for Defaulting Defendants shall, within ten (10) business days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases, Online Marketplaces and

Domain Names from transferring or disposing of any funds, up to the above identified statutory damages award, or other of Defaulting Defendants' assets.

6. All monies, up to the above identified statutory damages award, in Defaulting Defendants' financial accounts, including monies held by the Third Party Providers, are hereby released to Plaintiffs as partial payment of the above-identified damages, and the Third Party Providers are ordered to release to Plaintiffs the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

7. The ten thousand dollar ($10,000) surety bond posted by Plaintiffs is hereby released to Plaintiffs or their counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiffs or their counsel.

This Court, having determined that there is no just reason for delay, orders that this is a Final Judgment against Defaulting Defendants.

DATED: March 11, 2022

_____s/_____
Joan B. Gottschall
United States District Judge

# Schedule A

| | Defendant Online Marketplaces | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | ywjinglan.en.alibaba.com | Yiwu Jing Lan Art & Crafts Co., Ltd. |
| 2 | aliexpress.com/store/912169064 | Cotton T-shirts K Store |
| 3 | aliexpress.com/store/910967004 | Depicting Life Store |
| 4 | aliexpress.com/store/911836034 | Lita Store |
| 5 | aliexpress.com/store/912026121 | Looking into the distance Store |
| 6 | aliexpress.com/store/912021316 | shop963200001 Store |
| 7 | aliexpress.com/store/910356341 | TINNY Store |
| 8 | amazon.com/sp?seller=A1LISCY5C7YR1N | Huzhou Zhili Shengqi Clothing Co., Ltd |
| 9 | amazon.com/sp?seller=A3JTM30QAXQSOR | Jin Goding |
| 10 | amazon.com/sp?seller=A1XW4A7CKGTU51 | PPHFGEIR |
| 11 | amazon.com/sp?seller=A44UEZHDAANOZ | yyileg |
| 12 | amazon.com/sp?seller=A2RLEY9ULC27MY | ZoumRaz |
| 13 | amazon.com/sp?seller=A19UTM8H5F517O | LiYa LanCo |
| 14 | amazon.com/sp?seller=A3GFG8BQHYNEZ6 | Luck Sent Out |
| 15 | amazon.com/sp?seller=A15529WXAZKBR3 | shanghaiyiheshiyeyouxiangongsi |
| 16 | amazon.com/sp?seller=A3ZM6N645B7GX | Yao Cai |
| 17 | amazon.com/sp?seller=A1W1JD77YB1WOJ | HAPPINESS-STORE |
| 18 | amazon.com/sp?seller=A3GWNGL2EPUJ7E | Jung Cheng |
| 19 | amazon.com/sp?seller=A2V2R0HLWBY4L6 | KIDS hoodies store |
| 20 | amazon.com/sp?seller=A1V38XVB7CCO69 | Kajinme |
| 21 | amazon.com/sp?seller=A1TX4L9AM838M1 | JJXXFFDD |
| 22 | amazon.com/sp?seller=A2R9P5CZVYYNSP | Hui H Walton |
| 23 | amazon.com/sp?seller=AP3V071RL8SI6 | Jack E Dardar |
| 24 | amazon.com/sp?seller=A3RZ2KG9V4ETNK | Kimberly J Balentine |
| 25 | amazon.com/sp?seller=A2YA5WGCD4AU8F | Shangdezhinengchuyeguangdong youxiangongsi |
| 26 | amazon.com/sp?seller=A228T7WR07CFQZ | HappyHrss |
| 27 | amazon.com/sp?seller=A2DPLL9RKG9S5A | Harold C Douglas |

| 28 | amazon.com/sp?seller=A3V2FO741391TV | hengge |
|----|-------------------------------------|--------|
| 29 | amazon.com/sp?seller=A2SOCW57P7CXS4 | Hortonub |
| 30 | amazon.com/sp?seller=AWYC2QMVEW56H | Jameshgcsgh |
| 31 | amazon.com/sp?seller=A206AGKGKJ9OCY | Jenning CA |
| 32 | amazon.com/sp?seller=AFFPSLJ7CTQJA | JianNingXianYuePingYuePingWangDian |
| 33 | amazon.com/sp?seller=A355N5K43UDC34 | VZimmerman |
| 34 | amazon.com/sp?seller=AZDNAABRJWE2J | XinDe |
| 35 | amazon.com/sp?seller=A3K4BZVBALWEE0 | YIWNG |
| 36 | amazon.com/sp?seller=A24NLBSSV5XQ5B | ZhangGuoEnShop |
| 37 | amazon.com/sp?seller=A1I9TG58A36IKM | HarveWells |
| 38 | amazon.com/sp?seller=A197FJH1E2DH2J | Huai Hua Shi Chong Guang Shang Mao Co., Ltd |
| 39 | amazon.com/sp?seller=A2UP4MEZZOTTCA | Marjorie G store |
| 40 | amazon.com/sp?seller=A16T6OJ9UTLKG9 | Rosemary Me |
| 41 | amazon.com/sp?seller=A9GWCGNNQNFH0 | ShuLinNing |
| 42 | amazon.com/sp?seller=AESZFL1OVR1KH | Wang Qingzhou |
| 43 | amazon.com/sp?seller=A1F0Z2Y716PXPD | xinwuquzhanglinfangmuyingdian |
| 44 | amazon.com/sp?seller=AL8MDBWY1Q480 | Jimmy N Metcalf |
| 45 | amazon.com/sp?seller=APWSOX7LP3IMS | Lillian J Sparks |
| 46 | amazon.com/sp?seller=A24TO5Q5L1ZWVZ | RAINBOW3 |
| 47 | amazon.com/sp?seller=A13ATAMTUUE6B3 | zheng1236 |
| 48 | amazon.com/sp?seller=A3AIJLMEODA0H2 | ZHUZHENKE |
| 49 | amazon.com/sp?seller=A2Q5JHQHI9K1J8 | YuYangQuXing |
| 50 | amazon.com/sp?seller=A2TRPBJUHPIB0A | SunKaiKai |
| 51 | amazon.com/sp?seller=A2D3XQ4JMVQMY1 | jiyuanshijingrongbaihuodian |
| 52 | amazon.com/sp?seller=A20NJ3UYGD6LF | JOROSEEShirley |
| 53 | amazon.com/sp?seller=ALYIPGIE11SMJ | leiyaocun |
| 54 | amazon.com/sp?seller=A65196ERRH2B9 | Weifuxing |
| 55 | amazon.com/sp?seller=A2QQ2VZWTSQTMO | YIRONG67JUE |
| 56 | amazon.com/sp?seller=A3105TUU421U8D | Yunnan Ainu |
| 57 | amazon.com/sp?seller=A26VECYDB1DH70 | HEBAODAN |
| 58 | amazon.com/sp?seller=A1MDHIV38QSC29 | JiaoZuoShangBainShangMao YouXianGongSi |
| 59 | amazon.com/sp?seller=AI1TNIPKPDCL6 | KTDEBksWNCV |
| 60 | amazon.com/sp?seller=A2GFCMI6BPYP8J | Yunjutire |
| 61 | amazon.com/sp?seller=A3J673P3S430EC | Anna W Graff |
| 62 | amazon.com/sp?seller=A23USZ4R4TS18L | CC-JUN |

| 63 | amazon.com/sp?seller=A3BLQ3MNRKSSHE | ZLJUN |
|---|---|---|
| 64 | amazon.com/sp?seller=AA911ZYWQV173 | Sandra D Marshall |
| 65 | amazon.com/sp?seller=A2LLIN1B89DJYV | Shenglian Labor Trade |
| 66 | amazon.com/sp?seller=AA2S4VEK8IH3R | QUNZI |
| 67 | amazon.com/sp?seller=A1EX8EYRK046MW | Edward J Navarro |
| 68 | amazon.com/sp?seller=A2H98Z4DEYKO3I | Jennifer A Jerry |
| 69 | amazon.com/sp?seller=A1PXPDB90EC01O | BB CANDY |
| 70 | amazon.com/sp?seller=A246MGVCI9DB4I | FLYTOTHESKY |
| 71 | amazon.com/sp?seller=A258BQT81E9Q0D | Trojanhorse |
| 72 | amazon.com/sp?seller=A309W3CPS76XA5 | Stockdale1 |
| 73 | amazon.com/sp?seller=A35MZK5GB93647 | Littlearth1 |
| 74 | amazon.com/sp?seller=A974HADW1A0LH | rfioesf |
| 75 | amazon.com/sp?seller=A2F62OPS3W5AFV | WhislerAA |
| 76 | amazon.com/sp?seller=A2077306760IZ4 | Anckell |
| 77 | amazon.com/sp?seller=ABWNB0KLLIC2C | guoleguoxiang |
| 78 | amazon.com/sp?seller=A3GY8H1D3IDM86 | yuqo |
| 79 | amazon.com/sp?seller=AVWD1OXAPN3LR | fa mi ling |
| 80 | amazon.com/sp?seller=A1OFC9CQT4LPOC | NDSJNGJ |
| 81 | amazon.com/sp?seller=A282WFSM064B5Q | DaLianYaHuaDaLianYaHua |
| 82 | amazon.com/sp?seller=A14XQR8WV3XN9A | LIUALIU |
| 83 | amazon.com/sp?seller=A2FTQFFE3VDQYM | BionZax |
| 84 | amazon.com/sp?seller=A16Z301MS3ABKC | GUYUEHU |
| 85 | amazon.com/sp?seller=A2Z6PZ1UDBG6GI | enshishimiaobapingshangmaoyouxian |
| 86 | amazon.com/sp?seller=A3L7WEKARKRLKE | LasfWXhkjuihuwasjarsd |
| 87 | amazon.com/sp?seller=A1IQCTH7OCGFL6 | Arlen Loumore |
| 88 | amazon.com/sp?seller=A1B9YEVS3JE3YZ | GUANG JIDIAN |
| 89 | amazon.com/sp?seller=A1V19D6FHN9UIO | Jilinshengguoxuebaihuojing xiaoyouxiangongsi |
| 90 | amazon.com/sp?seller=A1BV4JQ345YU6Z | KK Fashion Sports Store |
| 91 | amazon.com/sp?seller=A3U1R7PHVPGL3E | Lablege |
| 92 | amazon.com/sp?seller=A26CD5YG69KHJV | Qduoduo |
| 93 | amazon.com/sp?seller=A3PC4CLOW8KI08 | Quan Digital Products |
| 94 | amazon.com/sp?seller=A3QRJHT0J0IJZJ | tege painting art |
| 95 | amazon.com/sp?seller=A3QKT3P4F097XA | TTKOLA ART |
| 96 | amazon.com/sp?seller=A2MSM8K503EEMT | VFLSG SPORT |
| 97 | amazon.com/sp?seller=A7FMHPYNM215Z | YANGSUNQ |
| 98 | amazon.com/sp?seller=ACZDGPCGTFT0 | yingxing art |

| 99 | amazon.com/sp?seller=AWJQD1GYRL5DQ | ZHUGANGQIANG1 |
| 100 | EXCEPTED | EXCEPTED |
| 101 | amazon.com/sp?seller=A3VQ0PZ03IERN4 | zhigaoyishu |
| 102 | amazon.com/sp?seller=AX46AGAPYJIFF | AX46AGAPYJIFF |
| 103 | amazon.com/sp?seller=A2QOGZY8XFDSP | GAOCONG |
| 104 | amazon.com/sp?seller=A2MPSUPE3EVKSV | HomeTow |
| 105 | amazon.com/sp?seller=A1E80X2I1LYMHQ | Pingaishanghaishangwuzixunyouxiangongsi |
| 106 | wish.com/merchant/5f74e68a09237c2d39ba7353 | rossma |
| 107 | wish.com/merchant/5fb3df0de2888fb8c746bfda | PtGjyHApY2b |
| 108 | wish.com/merchant/5f5607dba94e3eae400ef28a | Rachel Martinez |
| 109 | wish.com/merchant/5e665b9729e786026705c942 | shamsunn6353 |
| 110 | turtlestore.online | turtlestore.online |
| 111 | surman.store | surman.store |
| 112 | xikoostore.com | xikoostore.com |

| No | URL | Name / Seller Alias |
|---|---|---|
| | **Defendant Domain Names** | |
| 1 | 123jersey.com | 123jersey.com |
| 2 | 1stopsaigon.com | 1stopsaigon.com |
| 3 | 2021nhljerseyforsale.com | 2021nhljerseyforsale.com |
| 4 | 2021nhljerseyonline.com | 2021nhljerseyonline.com |
| 5 | 2021nhljerseyonlinesale.com | 2021nhljerseyonlinesale.com |
| 6 | 2021nhljerseyonsale.com | 2021nhljerseyonsale.com |
| 7 | adaptive-skiing.org | adaptive-skiing.org |
| 8 | anchorbaptistoxford.com | anchorbaptistoxford.com |
| 9 | bestfanaticjerseys.com | bestfanaticjerseys.com |
| 10 | bestfanaticjerseys.org | bestfanaticjerseys.org |
| 11 | bestfansjerseys.com | bestfansjerseys.com |
| 12 | bigcse.online | bigcse.online |
| 13 | boroleague.com | boroleague.com |
| 14 | bruinsuniformstore.com | bruinsuniformstore.com |
| 15 | buytopjersey.com | buytopjersey.com |
| 16 | camping-du-plein-air.com | camping-du-plein-air.com |
| 17 | chaledomilagro.com | chaledomilagro.com |

| 18 | cheapfactoryjersey.com | cheapfactoryjersey.com |
|----|---|---|
| 19 | cheapjerseys.vip | cheapjerseys.vip |
| 20 | cjc-bretagne.com | cjc-bretagne.com |
| 21 | clerkenwellgalleryhire.com | clerkenwellgalleryhire.com |
| 22 | cruzsportsinc.com | cruzsportsinc.com |
| 23 | detroittigersstore.com | detroittigersstore.com |
| 24 | fansfanaticjerseys.com | fansfanaticjerseys.com |
| 25 | fansjerseysapparel.com | fansjerseysapparel.com |
| 26 | fansjerseyssale.com | fansjerseyssale.com |
| 27 | flowingchidojo.com | flowingchidojo.com |
| 28 | gearsonlinestore.com | gearsonlinestore.com |
| 29 | gearweal.com | gearweal.com |
| 30 | gerlal.com | gerlal.com |
| 31 | glennlafantasie.com | glennlafantasie.com |
| 32 | googlejerseys.live | googlejerseys.live |
| 33 | hotelmarinapattaya.com | hotelmarinapattaya.com |
| 34 | indiansmlbshop.com | indiansmlbshop.com |
| 35 | insistfit.com | insistfit.com |
| 36 | ironworkers45.org | ironworkers45.org |
| 37 | jerseyalbum.com | jerseyalbum.com |
| 38 | jerseyshop.top | jerseyshop.top |
| 39 | jerseyz4dayz.com | jerseyz4dayz.com |
| 40 | ketcauxaydung.org | ketcauxaydung.org |
| 41 | krisjonesart.com | krisjonesart.com |
| 42 | linajerseyvip.net | linajerseyvip.net |
| 43 | luckjerseyshop.com | luckjerseyshop.com |
| 44 | luckyjerseys.ren | luckyjerseys.ren |
| 45 | luckyjerseys.run | luckyjerseys.run |
| 46 | maia-fine-art.com | maia-fine-art.com |
| 47 | mechealthcareonline.com | mechealthcareonline.com |
| 48 | meetmeintennessee.com | meetmeintennessee.com |
| 49 | metalurgicacolla.com | metalurgicacolla.com |
| 50 | midatlanticstage.com | midatlanticstage.com |
| 51 | miketrappsnowboarding.com | miketrappsnowboarding.com |
| 52 | mlbjerseys2020.com | mlbjerseys2020.com |
| 53 | mlbonline.net | mlbonline.net |
| 54 | mlbshopjersey.net | mlbshopjersey.net |

| | | |
|---|---|---|
| 55 | mlbvipstore.com | mlbvipstore.com |
| 56 | napsync.com | napsync.com |
| 57 | naturistas-osiris.org | naturistas-osiris.org |
| 58 | nbaclothesstore.com | nbaclothesstore.com |
| 59 | nbajerseyswholesalecheap.us.com | nbajerseyswholesalecheap.us.com |
| 60 | ncaafootball.biz | ncaafootball.biz |
| 61 | newfashionjersey.com | newfashionjersey.com |
| 62 | nflshopofficial.org | nflshopofficial.org |
| 63 | nhlfanjerseys.store | nhlfanjerseys.store |
| 64 | nhljerseyonline.shop | nhljerseyonline.shop |
| 65 | nhljerseyonlineoutlet2021.com | nhljerseyonlineoutlet2021.com |
| 66 | nhljerseysfans2021.com | nhljerseysfans2021.com |
| 67 | nhljerseysforsale2021.com | nhljerseysforsale2021.com |
| 68 | nhljerseysonlineoutlet2021.com | nhljerseysonlineoutlet2021.com |
| 69 | nhljerseysonlinesale2021.com | nhljerseysonlinesale2021.com |
| 70 | nhljerseysonlinestore2021.com | nhljerseysonlinestore2021.com |
| 71 | nhljerseysonsale2021.com | nhljerseysonsale2021.com |
| 72 | nhlstanding.com | nhlstanding.com |
| 73 | nyslandsummit.org | nyslandsummit.org |
| 74 | ography2.com | ography2.com |
| 75 | onlinejerseysale.com | onlinejerseysale.com |
| 76 | ontario-tourist.com | ontario-tourist.com |
| 77 | ostustore.com | ostustore.com |
| 78 | outdoorswallpaper.com | outdoorswallpaper.com |
| 79 | outletjersey.com | outletjersey.com |
| 80 | outletjerseyfactory.com | outletjerseyfactory.com |
| 81 | outletjerseymall.com | outletjerseymall.com |
| 82 | pas-paysdaix.org | pas-paysdaix.org |
| 83 | pirnaurban.com | pirnaurban.com |
| 84 | polot.info | polot.info |
| 85 | progearsfan.com | progearsfan.com |
| 86 | promanutentionservices.com | promanutentionservices.com |
| 87 | promotorasantamarta.com | promotorasantamarta.com |
| 88 | renewey.com | renewey.com |
| 89 | salemarketjerseys.com | salemarketjerseys.com |
| 90 | sheilajonesphotography.com | sheilajonesphotography.com |
| 91 | shootjerseys.club | shootjerseys.club |

| 92  | sis-stone.com            | sis-stone.com            |
|-----|--------------------------|--------------------------|
| 93  | spartansteamstore.com    | spartansteamstore.com    |
| 94  | sportgearsonline.com     | sportgearsonline.com     |
| 95  | stitchedjerseyshop.com   | stitchedjerseyshop.com   |
| 96  | storeteamcanadiens.com   | storeteamcanadiens.com   |
| 97  | tazthecat.net            | tazthecat.net            |
| 98  | teamsportgears.com       | teamsportgears.com       |
| 99  | theloggersdaughter.com   | theloggersdaughter.com   |
| 100 | tollandcountyart.org     | tollandcountyart.org     |
| 101 | tonjerseys.com           | tonjerseys.com           |
| 102 | topfactorygears.com      | topfactorygears.com      |
| 103 | topfanatic.net           | topfanatic.net           |
| 104 | toptrendjerseys.com      | toptrendjerseys.com      |
| 105 | truthshallsetufree.com   | truthshallsetufree.com   |
| 106 | underjerseysnacy.net     | underjerseysnacy.net     |
| 107 | vikingjersey.store       | vikingjersey.store       |
| 108 | villas-online-portugal.com | villas-online-portugal.com |
| 109 | wedding-live.info        | wedding-live.info        |
| 110 | weehawkenwaterfront.com  | weehawkenwaterfront.com  |
| 111 | wiolawa.com              | wiolawa.com              |